IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02122-LTB-MEH

FRED LADD and
LORETTA SUZANNE LADD,

      Plaintiffs,

v.

RESEARCH TRIANGLE INSTITUTE, a North Carolina corporation, also known as
RESEARCH TRIANGLE INSTITUTE INTERNATIONAL,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2006.**

      For the reasons stated on the record at proceedings held before the Court on April 11, 2006, the Defendant's Motion for Protective Order [Filed March 31, 2006; Docket #19] is **granted** in part and **denied** in part. Discovery will not commence in full until June 12, 2006, but the parties are to exchange Rule 26(a)(1) disclosures no later than April 26, 2006, and the Plaintiff is permitted to notice one or more Rule 30(b)(6) depositions relating to the issues raised in Defendant's Motion to Dismiss.