IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02122-LTB-MEH

FRED LADD and
LORETTA SUZANNE LADD,

    Plaintiffs,

v.

RESEARCH TRIANGLE INSTITUTE, a North Carolina corporation, also known as
RESEARCH TRIANGLE INSTITUTE INTERNATIONAL,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2006.**

    The Defendant's Unopposed Motion for Protective Order [Filed June 7, 2006; Docket #32] is **granted.**  The Protective Order shall issue separately.